United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Amir Mireskandari | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:26–cv–01562 |
| | § | |
| | § | |
| Kevan Casey, et al. | § | |

## MINUTE ENTRY ORDER

JUDGE: Christina A. Bryan
DATE: May 28, 2026
COURT REPORTER: ERO
TIME: 10:12 AM

The Court conducted the Initial Conference. Scheduling Order issued.

Signed on the 28th of May 2026.

Christina A. Bryan
United States Magistrate Judge