

| | |
|---|---|
| **From:** | Alexander W. Cohn |
| **To:** | kelley@lloydekelley.com |
| **Cc:** | kimberly@lloydekelley.com; Anna V. Kavanaugh; |

| | |
|---|---|
| **Subject:** | Nichols v. Casey, No. 4:26-cv-01105 — Notice Re: Rule 12(b)(6) Motion |
| **Sent:** | 5/5/2026 10:17:18 AM |

Good morning Lloyd,

I reviewed Judge Hanen's Civil Procedures, Section 7(P), which requires that before filing a Rule 12(b)(6) motion to dismiss, the moving party notify opposing counsel of the issues to be asserted and inquire whether the pleading deficiency can be cured by a permissible amendment. The motion raises the following grounds:

(1) Failure to plead state action or any factual basis for § 1983 liability against private individuals;
(2) Failure to satisfy Iqbal and Twombly, as the Complaint's central allegations — conspiracy, arrangement of, and instruction to court personnel — are conclusory and unsupported by specific facts;
(3) Failure of each individual federal count on the merits (Sixth Amendment inapplicable to civil contempt; Fifth Amendment inapplicable to private parties; no cognizable Fourth or First Amendment claim; supervisor liability and qualified immunity inapplicable to private citizens); and
(4) Failure of each state-law claim as a matter of law.

Given the filing deadline today, please let me know as soon as possible whether Plaintiff believes any of these deficiencies can be cured by an amendment. Thank you for your prompt attention. Let me know if you have any questions. I will follow up with a phone call momentarily.

Best,

Alex Cohn

**Alexander W. Cohn** | *Shareholder*
**Crain Caton & James** | *Attorneys & Counselors | Since 1912*
Five Houston Center | 1401 McKinney St., Suite 1700 | Houston, TX 77010
Direct: 713.752.8602 | ACohn@craincaton.com

**Our website has a new look—discover more at craincaton.com**

Notice: The content of this e-mail is intended solely for the use of the individual or entity to whom it is addressed. If you have received this communication in error, be aware that forwarding it, copying it, or in any way disclosing its content to any other person, is strictly prohibited. If you have received this communication in error, please notify the author by replying to this e-mail immediately. Unless expressly stated otherwise, nothing contained in this message or any attachments should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.