UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIR MIRESKANDARI | : | |
| *Plaintiff* | : | |
| | : | |
| V. | : | CASE NO. 4:26-cv-01562 |
| | : | |
| KEVAN CASEY AND TABITHA | : | |
| MARIE CASEY as administrator for | : | |
| THE ESTATE OF KEVAN CASEY | : | |
| *Defendant* | : | |

## <u>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE</u>

Before the Court is Plaintiff's Objection and Response to Defendant's Motion to Dismiss and Plaintiff's Motion to Strike (Dkt. No. 9). The Court, having considered all pleadings and evidence of file, applicable law, and all responses and arguments of counsel, is of the opinion that Plaintiff's Motion to Strike should be DENIED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1.      Plaintiff's Motion to Strike is DENIED in its entirety.

IT IS SO ORDERED.


SIGNED this _____ day of _____, 2026.


_____
PRESIDING JUDGE


013145.000005
137 - 9001383.1

APPROVED AS TO SUBSTANCE AND FORM:

**CRAIN, CATON & JAMES PC**

/s/ *Alexander W. Cohn*
Alexander W. Cohn
State Bar No. 24094100
Federal ID No. 3767094
1401 McKinney, Suite 1700
Houston, Texas 77010
Direct:  713.752.8602
Fax:  713.658.1921
Email:  acohn@craincaton.com
Attorneys for KEVAN CASEY AND TABITHA
MARIE CASEY as administrator for THE ESTATE
OF KEVAN CASEY

013145.000005
137 - 9001383.1