United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMIR MIRESKANDARI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-1562 |
| | § | |
| KEVAN CASEY, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

The Court is aware of an almost identical case currently pending before Judge Hanks, 4:26-cv-01105, *Nichols v. Casey, et. al.* Having reviewed both matters, the Court notes that this matter and *Nichols* have nearly identical pending motions. Based on the foregoing, and for the sake of judicial efficiency, the Court finds that this matter should be transferred to Judge Hanks. Accordingly, the Court hereby

**ORDERS** that this matter is **TRANSFERRED** to Judge George Hanks, Southern District of Texas, Houston Division.

SIGNED at Houston, Texas, on this **28** day of July, 2026.

_____
DAVID HITTNER
United States District Judge