**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| AMIR MIRESKANDARI,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 4:26-cv-01562 |
| | § | |
| KEVAN CASEY and TABITHA MARIE CASEY, as Administrator for the Estate of Kevan Casey,<br>Defendant. | §<br>§<br>§<br>§ | |

**ORDER GRANTING DEFENDANT'S MOTION TO CONSOLIDATE RELATED CASES AND TO STAY PRETRIAL DEADLINES**

Before the Court is Defendant's Motion to Consolidate Related Cases and to Stay Pretrial Deadlines Pending Ruling on the Fully Briefed Motions to Dismiss, filed in *Nichols v. Casey*, No. 4:26-cv-01105, and *Mireskandari v. Casey*, No. 4:26-cv-01562 (together, the "Related Cases"). Having considered the Motion, any response, and the record, the Court finds that the Motion should be GRANTED. It is therefore:

ORDERED that, pursuant to Federal Rule of Civil Procedure 42(a), *Mireskandari v. Casey*, No. 4:26-cv-01562, is CONSOLIDATED into *Nichols v. Casey*, No. 4:26-cv-01105, for all pretrial purposes. No. 4:26-cv-01105 shall be the lead case, and all future filings shall be made in the lead case; it is further

ORDERED that all deadlines under the scheduling orders entered in the Related Cases (No. 4:26-cv-01105, Dkt. No. 12; No. 4:26-cv-01562, Dkt. No. 11) are STAYED pending the Court's ruling on Defendant's motions to dismiss (No. 4:26-cv-01105, Dkt. No. 10; No. 4:26-cv-01562, Dkt. No. 8); and it is further

ORDERED that, within fourteen (14) days of any ruling on the motions to dismiss that does not dispose of all claims, the parties shall submit a joint proposed amended scheduling order governing the consolidated cases.

SIGNED this ____ day of ______________, 2026.

______________________________
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE